LIANE S. BINOWITZ (SBN: 7482)
GORDON & REES LLP
3770 Howard Hughes Parkway Suite 100
Las Vegas, NV 89169
Telephone: (702) 577-9300
Facsimile: (702) 255-2858
Email: lbinowitz@gordonrees.com

**Attorneys for Defendants**
*VACTOR MANUFACTURING, INC. and*
*FEDERAL SIGNAL CORPORATION*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ARGONAUT INSURANCE COMPANY a/s/o Clark County Water Reclamation District; and CLARK COUNTY WATER RECLAMATION DISTRICT, Individually,<br><br>Plaintiffs,<br><br>vs.<br><br>HAAKER EQUIPMENT COMPANY; VACTOR MANUFACTURING INC.; and FEDERAL SIGNAL CORPORATION<br><br>Defendants. | CASE NO.  2:15-cv-01202-JAD-NJK |

**AMENDED STIPULATION AND ORDER**
**TO EXTEND TIME TO FILE RESPONSIVE PLEADING**
(First Request)

Pursuant to LR 6-2(a) and LR 7-1, Defendants VACTOR MANUFACTURING, INC. ("Vactor") and FEDERAL SIGNAL CORPORATION ("FSC"), by and through their attorney, Liane S. Binowitz, Esq. of Gordon & Rees LLP and Plaintiffs ARGONAUT INSURANCE COMPANY as subrogee of Clark County Water Reclamation District and CLARK COUNTY WATER RECLAMATION DISTRICT, by and through their attorneys, Martin L. Welsh, Esq. of the Law office of Hayes & Welsh and Nelson E. Canter, Esq. of Canter Law Firm P.C. hereby

///

///

-1-

stipulate and agree to extend the time for Defendants Vactor and FSC to file a responsive pleading from August 3, 2015 to August 24, 2015.

**IT IS SO STIPULATED.**

Dated this 3 day of August 2015.

**GORDON & REES LLP**

*/s/ Liane S. Binowitz*
Liane S. Binowitz (SBN: 7482)
Gordon & Rees LLP
3770 Howard Hughes Parkway Suite 100
Las Vegas, NV 89169
*Attorneys for Defendants*
*Vactor Manufacturing, Inc. and Federal*
*Signal Corporation*

Dated this 3rd day of August 2015.

**LAW OFFICE OF HAYES & WELSH**

*/s/ Martin L. Welsh*
Martin L. Welsh, Esq. (SBN: 8720)
199 N. Arroyo Grande Boulevard, Suite 200
Henderson, NV 89074
*Attorney for Plaintiffs*
*Argonaut Insurance Company a/s/o Clark*
*County Water Reclamation District and Clark*
*County Water Reclamation District*

~~Dated~~ this ____ day of August 2015.

**CANTER LAW FIRM P.C.**

_____
Nelson E. Canter, Esq. (SBN: 2157386)
123 Main Street, 9th Floor
White Plains, NY 10601
*Attorney for Plaintiffs*
*Argonaut Insurance Company a/s/o Clark*
*County Water Reclamation District and Clark*
*County Water Reclamation District*

## ORDER

Pursuant to the foregoing Stipulation, Defendants Vactor and FSC's time to file a responsive pleading is extended from August 3, 2015 to August 24, 2015.

Dated: August 4, 2015.

_____
United States District Judge

stipulate and agree to extend the time for Defendants Vactor and FSC to file a responsive pleading from August 3, 2015 to August 24, 2015.

**IT IS SO STIPULATED.**

Dated this ____ day of August 2015.

**GORDON & REES LLP**

_____
Liane S. Binowitz (SBN: 7482)
Gordon & Rees LLP
3770 Howard Hughes Parkway Suite 100
Las Vegas, NV 89169
*Attorneys for Defendants
Vactor Manufacturing, Inc. and Federal Signal Corporation*

Dated this ____ day of August 2015.

**LAW OFFICE OF HAYES & WELSH**

_____
Martin L. Welsh, Esq. (SBN: 8720)
199 N. Arroyo Grande Boulevard, Suite 200
Henderson, NV 89074
*Attorney for Plaintiffs
Argonaut Insurance Company a/s/o Clark County Water Reclamation District and Clark County Water Reclamation District*

Dated this 3rd day of August 2015.

**CANTER LAW FIRM P.C.**

_/s/ Nelson E. Canter_____
Nelson E. Canter, Esq. (SBN: 2157386)
123 Main Street, 9th Floor
White Plains, NY 10601
*Attorney for Plaintiffs
Argonaut Insurance Company a/s/o Clark County Water Reclamation District and Clark County Water Reclamation District*

**ORDER**

Pursuant to the foregoing Stipulation, Defendants Vactor and FSC's time to file a responsive pleading is extended from August 3, 2015 to August 24, 2015.

Dated: August 4, 2015.

_____
United States District Judge

-2-