**SAO**
Kevin A. Brown, Esq. (Bar #7621)
Jill P. Northway, Esq. (Bar #9470)
BROWN, BONN & FRIEDMAN, LLP
5528 South Fort Apache Road
Las Vegas, NV 89148
(702) 942-3900
(702) 942-3901 FAX
kbrown@brownbonn.com

Attorneys for Defendant
HAAKER EQUIPMENT COMPANY

## UNITED STATES DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| ARGONAUT INSURANCE COMPANY a/s/o Clark County Water Reclamation District; and CLARK COUNTY WATER RECLAMATION DISTRICT, individually,<br><br>　　　　Plaintiffs,<br>v.<br><br>HAAKER EQUIPMENT COMPANY; VACTOR MANUFACTURING INC. and FEDERAL SIGNAL CORPORATION<br><br>　　　　Defendants. | CASE NO.: 2:15-cv-01202-JAD-NJK |

### STIPULATION AND ORDER FOR DISMISSAL OF HAAKER EQUIPMENT COMPANY WITH PREJUDICE

Plaintiffs, ARGONAUT INSURANCE COMPANY a/s/o CLARK COUNTY RECLAMATION DISTRICT and CLARK COUNTY WATER RECLAMATION DISTRICT, by and through their attorneys of record, Nelson E. Canter, Esq. of CANTER LAW FIRM, P.C. and Martin L. Welsh, Esq., of the law firm HAYES & WELSH, and Defendant HAAKER EQUIPMENT COMPANY, by and through its attorney of record, Kevin A. Brown, Esq. of the law firm of BROWN, BONN & FRIEDMAN, LLP, hereby agree to stipulate to dismiss Defendant, HAAKER EQUIPMENT COMPANY, with prejudice, each party to bear its own

attorney's fees and costs.

This Stipulation is entered into in good faith, in the interests of judicial economy and not for the purposes of delay.

DATED: February 10, 2016
CANTER LAW FIRM, P.C.

*[signature]*

Nelson E. Canter, Esq.
123 Main Street, 9th Floor
White Plains, NY 10601
Attorneys for PLAINTIFFS

DATED: 3-9-16
BROWN, BONN & FRIEDMAN, LLP

*[signature]*

Kevin A. Brown, Esq. (Bar #7621)
Jill P. Northway, Esq. (Bar #9470)
5528 South Fort Apache Road
Las Vegas NV 89148
Attorneys for HAAKER EQUIPMENT COMPANY

and

LAW OFFICE OF HAYES & WELSH
Martin L. Welsh, Esq., (Bar #8120)
199 N. Arroyo Grande Blvd., Suite 200
Henderson NV, 89074
Attorneys for PLAINTIFFS

## ORDER

The parties have stipulated and agreed to the dismissal of the Defendant, HAAKER EQUIPMENT COMPANY, as set forth in the Stipulation, and good cause appearing.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff, ARGONAUT INSURANCE COMPANY Complaint as to Defendant, HAAKER EQUIPMENT COMPANY, be dismissed with prejudice, each party to bear their own respective attorney's fees and costs herein. The Clerk of Court is instructed to close this case.

Dated: March 9, 2016

*[signature]*

UNITED STATES DISTRICT JUDGE